# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON,<br>Appellant,<br>vs.<br>MERCHANTS BONDING COMPANY,<br>Respondent. | No. 70657 |

FILED

JUL 1 1 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, we are unable to discern whether this court has jurisdiction to consider the instant appeal because appellant fails to identify any appealable order. Moreover, it appears from the district court docket entries and minutes that the proceedings are ongoing. Accordingly, it appears that no final judgment has been entered. A notice of appeal filed before entry of a final written judgment is premature and of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-21365

cc: Hon. Rob Bare, District Judge
Ervin Middleton
The Faux Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A